**Nolita Caridad LORQUET, Plaintiff–Appellant,**

v.

**LOEHMANN'S DEPARTMENT STORE, Defendant–Appellee.**

No. 08–3349–cv.

United States Court of Appeals, Second Circuit.

Nov. 25, 2009.

---

* The Honorable George B. Daniels, United States District Court for the Southern District of New York, sitting by designation.

Nolita C. Lorquet, pro se, Brooklyn, NY.

Sharon H. Stern, Troutman Sanders LLP, New York, NY, for appellee.

PRESENT: JOSEPH M. McLAUGHLIN, RICHARD C. WESLEY, Circuit Judges, and LAWRENCE E. KAHN,* District Judge.

## SUMMARY ORDER

Plaintiff–Appellant Nolita Caridad Lorquet, *pro se*, appeals from the judgment of the United States District Court for the Southern District of New York (Cote, *J.* ), dismissing Appellee's employment discrimination claims. We assume the parties' familiarity with the facts and procedural history of the case.

Title VII of the Civil Rights Act of 1964 provides that, before a private lawsuit may be commenced in federal court, a claimant must first file of a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC") or equivalent state agency. 42 U.S.C. § 2000e–5. A charge must be filed with the EEOC within 180 days of the alleged discriminatory act or that claim is time-barred, or within 300 days if the complainant initially began the proceedings in a state or local fair employment practices agency. *Id.* § 2000e–5(e)(1); *AMTRAK v. Morgan,* 536 U.S. 101, 104–05, 122 S.Ct. 2061, 153 L.Ed.2d 106 (2002).

The alleged discriminatory acts took place in August or September 2003, and Plaintiff–Appellant did not file her charge with the EEOC until November 2007. Her complaint is therefore untimely.

For the reasons stated above, the judgment of the district court is hereby **AFFIRMED.**